**MARK R. STEWART**
Chapter 13 Standing Trustee
P.O. Box 865
Cheyenne, WY 82003-0265
(307) 778-4115

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2010 JAN 14 AM 11: 11

TIM J. ELLIS, CLERK

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

In re:
Mark D. Broderick

Case No. 05-22126
Chapter 13

## TRANSMITTAL OF UNCLAIMED FUNDS

Mark R. Stewart, Trustee of the above estate, and hereby respectfully reports:

1. Pursuant to 11 U.S.C. §347(a) Ninety days after the final distribution under 726, 1226, or 1326 of this title in a case under chapter 7,12, or 13 of this title, as the case may be, the trustee shall stop payment on any check remaining unpaid, and any remaining property of the estate shall be paid into the court and disposed of under chapter 129 of title 28.

2. That the name of the person to whom such negotiated check was issued, the amount of such checks, and their last known addresses are:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| WYO Central FCU | 933 West 14th Street #7<br>Casper, WY 82601 | $103.29 |

3. That the Trustee's check for $103.29 payable to the U.S. Bankruptcy Court, is attached to this report and list.

DATED this 13th day of January, 2010

MARK R. STEWART, TRUSTEE